# CASCADE METAL RECYCLING
# 2207 NE INDUSTRY DRIVE
# GRANTS PASS, OR 97526

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, MEDFORD DIVISION

UNITED STATES MAGISTRATE JUDGE MARK D. CLARK

1:26-CV-00086

Cascade Metal Recycling is a spec-built facility constructed for the specific purpose of collecting and processing scrap metals of all kinds. The yard is completely paved and the employees work inside.

The yard was built and designed so that any runoff from the parking lot drains into the oil water separators (4) and then runs into drains that go into the bio swale. When it leaves the bio swale it is filtered again before it goes into the storm drain.

The blueprints for the construction of Cascade Metal Recycling are available if any party wishes to see them.

Donald Roemer

Owner



CASCADE METAL RECYCLING
2207 NE INDUSTRY DR
GRANTS PASS OR 97526

**CERTIFIED MAIL**®
FOR USE ONLY WITH IMpb SHIPPING LABEL
**USPS CERTIFIED MAIL**

Label 38

9414 7118 9956 1917 7660 29

US POSTAGE
FIRST-CLASS IMI
Feb 04 2026
Mailed from ZIP 97527
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 1
10709413

063S0010282497

endicia

**USPS FIRST-CLASS**

RETURN RECEIPT REQUESTED

SHIP    US DISTRICT COURT, DISTRICT OF OR, MEDFORD
TO:    US MAGISTRATE JUDGE MARK D. CLARK
310 W 6TH ST STE 201
CASE # 1:26-CV-00086
MEDFORD OR 97501-2799

97501-2799