James N. Saul (OSB #152809)
Wild & Scenic Law Center
3519 NE 15th Ave., #207
Portland, OR 97212
(503) 342-2839
jamie@wildandsceniclaw.org

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

|  |  |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE AUTO RECYCLING LLC,<br><br>Defendant. | Case No. 1:26-cv-00086<br><br>DECLARATION OF JAMES SAUL REGARDING SERVICE OF PROCESS |

I, James Saul, hereby state as follows:

1.    I am attorney of record for plaintiff Northwest Environmental Defense Center (NEDC) in this case. I make this declaration based upon my own personal knowledge.

2.    On January 26, 2026, I caused the summons and complaint in this case to be served upon defendant Cascade Auto Recycling, LLC ("Cascade") as follows: Mr. Wayne Vynes, a process server with Action Process Service, Inc. of Grants Pass,

Oregon, delivered true and correct copies of the summons and complaint to the residence of Mr. Donald Romer—who, according to the Oregon Secretary of State, is both the President and the Registered Agent for Cascade—at 266 Woodlake Drive, Grants Pass, Oregon 97527, where they were left with a Ms. Lynn Roemer, an adult of suitable age appearing to reside at that address. Attached hereto as Exhibit 1 is a Proof of Service executed by Mr. Vynes.

3.      Federal Rule of Civil Procedure 4(h)(1)(A) permits service of a corporation "in the manner prescribed by Rule 4(e)(1) for serving an individual." Rule 4(e)(1), in turn, provides that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]" Under Oregon law, a corporation may be served "by substituted service on the registered agent, officer, or director." Or. R. Civ. P. 7(D)(3)(b)(ii)(A).

4.      "Substituted service" under Oregon law involves two steps: first, "delivering true copies of the summons and the complaint at the dwelling house or usual place of abode of the person to be served to any person 14 years of age or older residing in the dwelling house or usual place of abode of the person to be served" and second, "as soon as reasonably possible," mailing "by first class mail true copies of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time, and place at which substituted service was made." Or. R. Civ. P. 7(D)(2)(b).

5.     On February 10, 2016, I mailed true and correct copies of the following documents via First Class U.S. Mail: (a) the summons and complaint; (b) the Court's Civil Case Assignment Order (Dkt. #2); (c) the Court's Scheduling Order dated January 16 (Dkt. #3); and (d) the Court's Scheduling Order dated February 10 (Dkt. #6). I mailed these documents to Cascade and also to Cascade's registered agent Donald Roemer at the following addresses:

Cascade Auto Recycling, LLC
2207 NE Industry Drive
Grants Pass, OR 97526

Cascade Auto Recycling, LLC
c/o Mr. Donald Roemer
266 Woodlake Drive
Grants Pass, OR 97527

My February 10, 2026 mailing to Cascade included a cover letter stating the date, time, and place at which substituted service upon Cascade was made as required by Or. R. Civ. P. 7(D)(2)(b). A true and correct copy of that February 10 cover letter is attached hereto as Exhibit 2.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

    Dated: February 10, 2026.


                                            s/ James Saul